GABRIEL SALANT et al., Respondents, *v.* PENNSYLVANIA RAILROAD COMPANY et al., Appellants.

(Submitted November 21, 1921; decided November 29, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 607.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK E. DAWLEY, Individually and as President of the AMERICAN KARAKUL FUR SHEEP Co., INC., Appellant, *v.* CHARLES S. WILSON, Commissioner of the Division of Agriculture of the Department of Farms and Markets, and the COUNCIL OF FARMS AND MARKETS, Respondents.

(Submitted November 21, 1921; decided November 29, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 232 N. Y. 12.)